# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **ACHRAF SALIM ABDESSALAM,** | ) |
|  | ) |
| **Petitioner,** | ) |
|  | ) |
| **v.** | ) Civil Action No. 06-cv-1761 (ESH) |
|  | ) |
| **GEORGE W. BUSH** *et al.*, | ) |
|  | ) |
| **Defendants.** | ) |
_____ )

## ORDER

Based on a status hearing held on January 27, 2009, and for the reasons stated in open court, it is hereby

**ORDERED** that the Court's December 19, 2009 Order is amended. The phrase "or any evidence within its actual knowledge" is deleted from section 3 of the Court's Order. It is further

**ORDERED** that the Court adopts sections II.A – II.C of Judge Hogan's Case Management Order. It is further

**ORDERED** that the government is ordered to disclose all exculpatory evidence on or before February 2, 2009. It is further

**ORDERED** that petitioner shall file, on or before February 13, 2009, a brief in support of judgment on the record, accompanied by a factual response statement that either admits or controverts each fact identified by the government's statement of material facts as one to which there is a genuine dispute. The factual response shall cite to the specific portions of the record that support the party's contention that a fact is disputed. The brief shall not exceed 35 pages, excluding the factual response. It is further

**ORDERED** that the government shall file its opposition on or before February 27, 2009. The opposition brief shall not exceed 25 pages.  It is further

**ORDERED** that a hearing on the petitioner's motion for judgment on the record is scheduled for March 4, 2009, at 2:00 P.M. in Courtroom 15.  Petitioner shall be permitted to attend the hearing via satellite.

**SO ORDERED.**


_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge


Date:   January 27, 2009